# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY YARBER AND JENNIE PORTER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERIDIAN FINANCIAL SERVICES, INC., and DOES 1 through 10, inclusive, and each of them, <br> _____ | Case No. 3:16-cv-03605-HSG <br><br> ORDER |

IT IS HEREBY ORDERED that the Plaintiffs' counsel's request to appear telephonically at the Initial Case Management Conference on November 26, 2016, is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated this 23rd day of November, 2016

*[signature]*
The Honorable Haywood S. Gilliam, Jr.