Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant MERIDIAN FINANCIAL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY YARBER and JENNIE PORTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MERIDIAN FINANCIAL SERVICES, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendants. | Case No.:  3:16-CV-03605 HSG<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY PHONE**<br><br>DATE:         NOVEMBER 29, 2016<br>TIME:          2:00 P.M.<br>CRTRM:      10—19TH FLOOR<br>**HONORABLE HAYWOOD S. GILLIAM, JR.** |

The court hereby grants defendant's request to appear at the Case Management Conference telephonically.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Date:  November 23, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY PHONE