# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY YARBER AND JENNIE PORTER,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**MERIDIAN FINANCIAL SERVICES, INC.,** and **DOES 1-10** inclusive**,**<br><br>Defendant. | Case No. 3:16-cv-03605-HSG<br><br>**ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

    Dated this 2nd day of December, 2016.

_____
The Honorable Haywood S. Gilliam, Jr.